DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROBERT DAVID REES (CABN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Robert.rees@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CV 20-09323 JCS |
| Plaintiff, | WARRANT OF ARREST OF PROPERTY *IN REM* |
| v. | |
| APPROXIMATELY $96,000.00 | |
| Defendant. | |

TO:    ANY DEPUTY UNITED STATES MARSHAL OR ANY SPECIAL AGENT OF DRUG ENFORCEMENT ADMINISTRATION

YOU ARE HEREBY COMMANDED to arrest and seize the defendant approximately $96,000.00 in United States Currency which was seized as money and maintain custody of same pursuant to 19 U.S.C. § 1605 until further Order of the Court.

Claimants of the above-described property which is the subject of this action shall file their claims with Clerk of the Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102 and serve a copy thereof upon the United States Attorney, Attention: Robert D. Rees, Assistant United States Attorney, U.S. Attorney's Office, 450 Golden Gate Avenue, 9th

Floor, San Francisco, California 94102, within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 60 days after the first date of publication of the Notice of Forfeiture Action, whichever is earlier and answers to the Complaint shall be filed and served within twenty-one (21) days thereafter or within such additional time as may be allowed by the Court.

     Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on Robert D. Rees, Assistant United States Attorney, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102.

Dated: January 11, 2021

SUSAN Y. SOONG
United States District Clerk

By: /s/ Karen L. Hom
    Karen L. Hom
    Deputy Clerk